**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number (*if known*) _____ Chapter 11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Sierra Chemical Co. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 80-0086174 |
| 4. | Debtor's address | **Principal place of business*****<br><br>2302 Larkin Circle<br>Sparks, NV 89431<br>Number, Street, City, State & ZIP Code<br><br>Washoe<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | http://www.caruscorporation.com/page/sierra-chemical |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

\*\*\*\*Debtor also operates from 1010 Industrial Drive, Stockton, California.

Debtor __Sierra Chemical Co._____   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☑ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor  Sierra Chemical Co.  Case number (*if known*)
　　　　Name

**11. Why is the case filed in this district?**

Check all that apply:

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [ ] 50-99
- [✓] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [✓] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor    Sierra Chemical Co.
         Name                                                          Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/30/2017
              MM / DD / YYYY

X  /s/ David J. Kuzy
   Signature of authorized representative
                                                            David J. Kuzy
                                                            Printed name

Title   President

**18. Signature of attorney**

X  /s/ Stephen R. Harris                                     Date  8-30-17
   Signature of attorney for debtor                                MM / DD / YYYY

Stephen R. Harris
Printed name

Harris Law Practice LLC
Firm name

6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Number, Street, City, State & ZIP Code

Contact phone   775-786-7600        Email address   steve@harrislawreno.com

001463
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Sierra Chemical Co.
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 2302 Larkin Circle, LLC<br>c/o Robinson, Simons, Sharp & Brust<br>71 Washington Street<br>Reno, NV 89503 | Mark G. Simons, Esq.<br><br>msimons@rssblaw.com<br>P: 775-329-3151 | Rent | Unliquidated<br>Disputed | | | $19,579.71 |
| Anchor Concrete<br>1750 Marietta Way<br>Sparks, NV 89431 | sierraha@rstricounty.com<br>P: 775-359-4969 | Goods and services | Unliquidated | | | $26,136.00 |
| Axiall, LLC<br>PO Box 842852<br>Boston, MA 02284 | Patrick Edwards<br><br>patrick.edwards@westlake.com<br>P: 360-577-5580 | Goods and services | Unliquidated | | | $88,451.13 |
| Bank of America<br>PO Box 660576<br>Dallas, TX 75266-0576 | Jason Guerra<br><br>jason.guerra@baml.com<br>312-904-0692 | Revolving Loan | Unliquidated | $13,706,457.33 | $0.00 | $13,706,457.33 |
| Bank of America<br>PO Box 660576<br>Dallas, TX 75266-0576 | Jason Guerra<br><br>jason.guerra@baml.com<br>P: 312-904-0692 | Term Loan | Unliquidated | $8,040,394.69 | $0.00 | $8,040,394.69 |
| Brenntag Pacific, Inc.<br>10747 Patterson Place<br>Santa Fe Springs, CA 90670 | njanson@brenntag.com<br>P: 877-229-6305 | Goods and services | Unliquidated | | | $56,264.96 |
| Chemical Transfer<br>PO Box 6036<br>Stockton, CA 95206 | emily@caltank.com<br>P: 209-466-3554 | Goods and services | Unliquidated | | | $25,143.79 |

Debtor  Sierra Chemical Co.　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services,) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chemtrade Electrochemical<br>PO Box 120199<br>Dallas, TX 75312-0199 | sostapenko@chemtradelogistics.com | Goods and services | Unliquidated | | | $151,047.75 |
| Circle Transport, Inc.<br>315 5th Street<br>Peru, IL 61354 | Ted Matthews<br>ted.matthews@caruscorporation.com<br>P: 815-223-1500 | Transportation and services | Unliquidated | | | $241,731.57 |
| Connell Brothers Company<br>33315 Treasury Center<br>Chicago, IL 60694 | cbcsanfrancisco@wecocbc.com<br>P: 206-439-0334 | Goods and services | Unliquidated | | | $127,066.50 |
| Container Technology<br>1000 N. Green Valley Parkway<br>Henderson, NV 89074 | cbcsanfrancisco@wecocbc.com | Goods and services | Unliquidated | | | $27,699.40 |
| Kennecott Utah Copper<br>PO Box 743371<br>Los Angeles, CA 90074-3371 | Facsimile:<br>801-204-1082 | Goods and services | Unliquidated | | | $24,065.12 |
| Nevada Ventures, LLC<br>c/o F. Lynn Kinder<br>1725 Davis Lane<br>Reno, NV 89511 | rrandick@randicklaw.com<br>P: 925-460-3700 | Rent | Unliquidated<br>Disputed | | | $19,579.71 |
| Poly Processing, ABE<br>PO Box 4869<br>Houston, TX 77210 | ewelch@polyprocessing.com<br>P: 800-523-9871 | Goods and services | Unliquidated | | | $26,160.98 |
| PVS Chemicals Solution<br>25214 Network Place<br>Chicago, IL 60673 | wduynslager@pvschemicals.com<br>800-932-8860 | Goods and services | Unliquidated | | | $77,819.50 |
| SKK Properties, LLC<br>c/o Robinson, Simons, Sharp & Brust<br>71 Washington Street<br>Reno, NV 89503 | Mark G. Simons, Esq.<br>msimons@rssbllaw.com<br>775-329-3151 | Lawsuit in the 2nd District of Nevada, Washoe County (CV17-001518) | Contingent<br>Unliquidated<br>Disputed | | | $5,000,000.00 |
| Thatcher Company<br>PO Box 27407<br>Salt Lake City, UT 84127 | Donna Shaw<br>donna.shaw@tchem.com<br>801-972-4587 | Goods and services | Unliquidated | | | $48,985.28 |
| Tronox Alkali Wyoming<br>PO Box 91334<br>Chicago, IL 60693 | Facsimile:<br>405-775-5698 | Goods and services | Unliquidated | | | $28,487.61 |

Debtor   Sierra Chemical Co.    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Univar USA, Inc. PO Box 34325 Seattle, WA 98124 | Sue Drenkow sue.drenkow@univarusa.com P: 425-889-3953 | Goods and services | Unliquidated | | | $526,413.01 |
| Washoe County Treasurer PO Box 30039 Reno, NV 89520 | tax@washoecounty.us P: 775-328-2510 | Taxes | Unliquidated | | | $22,141.24 |

# United States Bankruptcy Court
### District of Nevada

In re    Sierra Chemical Co.  
                                    Debtor(s)

Case No.  
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carus Holdings Nevada, LLC<br>315 5th Street<br>Peru, IL 61354 | One | 75,000 | Common |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    08/30/2017                          Signature    *David J. Kuzy*  
                                                         David J. Kuzy

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re: Sierra Chemical Co.
Debtor(s)

Case No. _____
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Sierra Chemical Co. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Carus Holdings Nevada, LLC
315 5th Street
Peru, IL 61354

☐ None [*Check if applicable*]

Date: 8-30-17

Stephen R. Harris
Signature of Attorney or Litigant
Counsel for Sierra Chemical Co.
Harris Law Practice LLC
6151 Lakeside Drive
Suite 2100
Reno, Nevada 89511
Phone: 775-786-7600  Fax: 775-786-7764
steve@harrislawreno.com