STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com

BARBARA L. YONG, ESQ.
Illinois Bar No. 6184000
ROBERT R. BENJAMIN, ESQ.
Illinois Bar No. 0170429
CAREN A. LEDERER, ESQ.
Illinois Bar No. 6244631
BEVERLY A. BERNEMAN, ESQ.
Illinois Bar No. 6189418
ANTHONY J. D'AGOSTINO, ESQ.
Illinois Bar No. 6299589
GOLAN CHRISTIE TAGLIA LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
Telephone: (312) 263-2300
E-Mail: blyong@gct.law
E-Mail: rrbenjamin@gct.law
E-Mail: calederer@gct.law
E-Mail: baberneman@gct.law
E-Mail: ajdagostino@gct.law

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

SIERRA CHEMICAL CO., a Nevada domestic corporation,

Debtor.

Case No. 17-51019-btb

(Chapter 11)

**OMNIBUS MOTION FOR ORDER SHORTENING TIME FOR HEARING ON FIRST DAY MOTIONS**

Hearing Date:  N/A
Hearing Time:
Est. Time:
Set By:

1

**SUMMARY IMPACT OF REQUEST TO SHORTEN TIME**

**The subject Motions on which an Order Shortening Time is requested herein will have a 30 – 45 minute impact on the Court's calendar.**

SIERRA CHEMICAL CO., a Nevada domestic corporation (collectively the "Debtor"), by and through its proposed attorneys STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC and BARBARA L. YONG, ESQ., ROBERT R. BENJAMIN, ESQ., CAREN A. LEDERER, ESQ., BEVERLY A. BERNEMAN, ESQ., and ANTHONY J. D'AGOSTINO, ESQ., of GOLAN CHRISTIE TAGLIA, hereby move and represent as follows:

1. Debtor filed a Voluntary Petition for Chapter 11 relief on August 30, 2017. No trustee has been appointed and Debtor acts as Debtor-in-Possession herein.

2. Debtor is in the business of manufacturing and distributing environmental chemicals for municipal, industrial and mining markets, supplying water treatment plants, agricultural facilities and food processors with essential chemicals from its production bases. The headquarters for the Debtor's business is located in Sparks, Nevada, and Debtor has a production base in Stockton, California. As of the Petition Date, the Debtor collectively employs approximately 48 employees.

3. On August 30, 2017, Debtor filed the following Motions:

- EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY WAGES, SALARIES, BENEFITS, REIMBURSABLE BUSINESS EXPENSES, CRITICAL VENDORS AND OTHER OBLIGATIONS, AUTHORIZING DEBTOR TO PAY CRITICAL VENDORS, AND AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS ("Pay Wages and Critical Vendor Motion"); and

- EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNTS AND FOR APPROVAL OF

INTERCOMPANY CASH MANAGEMENT SYSTEM ("Bank Account Motion").

4.  The Pay Wages and Critical Vendor Motion seeks an Order authorizing the Debtor to pay wages, salaries, garnishments, benefits, reimbursable business expenses, and other employee obligations, including workers' insurance matters, and its Critical Vendors, as well as authorizing and directing financial institutions to honor and process checks and transfers related to such obligations. Continued payment of Wage Obligations, Employee Benefit Contributions, and Reimbursable Business Expenses, and maintaining its worker's compensation insurance, and Critical Vendor relationships are essential for the Debtor to preserve the morale and to maintain positive relations between the Debtor and its Employees, as well as allow it to continue operating.

5.  The Bank Account Motion seeks an Order authorizing the Debtor to continue to utilize their existing bank accounts (collectively, the "Bank Accounts") post-petition, and to authorize the continued use of the Debtor's cash management system, including intercompany funds transfers. Uninterrupted use of the Bank Accounts is essential for the Debtor's continued status of staying in business as a going concern.

6.  Time is of the essence in hearing the Motions because the employees must be timely paid their wages, salaries and bonuses. Additionally, the relief requested in the Bank Account Motion is vital to the Debtor's continued business operations to avoid irreparable harm to the Debtor in lost business opportunities and revenues due to the inability to pay ongoing operating expenses and Critical Vendors. Simply stated, without immediate access to its operating cash and bank accounts, the Debtor cannot continue to operate. In light of the emergency nature of the relief requested in the Motions, the Debtor would request a hearing date of September 6 or 7, 2017 in the afternoon, or as soon thereafter as can be accommodated by the Court.

7.  Debtor will provide notice of the Pay Wages and Critical Vendors Motion and Bank Account Motion via email or facsimile to the Debtor's secured creditor, the Office of the United States Trustee, the financial institution holding the Bank Accounts affected by the

Debtor's Bank Account Motion, the Internal Revenue Service, and the creditors holding the twenty largest unsecured claims. If the Debtor cannot obtain the email address or facsimile number for any of the twenty largest unsecured creditors for each Debtor, then notice shall be given via regular U.S. Mail unless this Court instructs that notice must be provided via overnight delivery.

      WHEREFORE, Debtor respectfully requests that this Court enter an order shortening the time for notice of hearing with respect to their EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY WAGES, SALARIES, BENEFITS, REIMBURSABLE BUSINESS EXPENSES, CRITICAL VENDORS AND OTHER OBLIGATIONS, AUTHORIZING DEBTOR TO PAY CRITICAL VENDORS, AND AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS and EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNTS AND FOR APPROVAL OF INTERCOMPANY CASH MANAGEMENT SYSTEM, so that such hearings may be held by this Court on September 6 or 7, 2017 in the afternoon, or as soon thereafter as may be convenient to this Court's calendar; and for such other and further relief as the Court deems just under the circumstances.

      Dated this 30th day of August, 2017.

*/s/ Barbara L. Yong*
_____
Barbara L. Yong, Esq.

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511

BARBARA L. YONG, ESQ.
ROBERT R. BENJAMIN, ESQ.
CAREN A. LEDERER, ESQ.
BEVERLY A. BERNEMAN, ESQ.
ANTHONY J. D'AGOSTINO, ESQ.
GOLAN CHRISTIE TAGLIA LLP
70 West Madison Street, Suite 1500

4

Stephen R. Harris, Esq., Harris Law Practice LLC, 6151 Lakeside Drive, Suite 2100, Reno, NV 89511, 775-786-7600
Barbara L. Yong, Esq., Robert R. Benjamin, Esq., Caren A. Lederer, Esq., Beverly A. Berneman, Esq., Anthony J. D'Agostino, Esq., Golan Christie Taglia LLP, 70 W. Madison Street, Suite 1500, Chicago, IL 60602, 312-263-2300

Chicago, IL 60602

Proposed Attorneys for Debtor