


Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 01, 2017

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone:  (775) 786-7600
E-Mail: steve@harrislawreno.com

BARBARA L. YONG, ESQ.
Illinois Bar No. 6184000
ROBERT R. BENJAMIN, ESQ.
Illinois Bar No. 0170429
CAREN A. LEDERER, ESQ.
Illinois Bar No. 6244631
BEVERLY A. BERNEMAN, ESQ.
Illinois Bar No. 6189418
ANTHONY J. D'AGOSTINO, ESQ.
Illinois Bar No. 6244631
GOLAN CHRISTIE TAGLIA LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
Telephone: (312) 263-2300
E-Mail: blyong@gct.law
E-Mail: rrbenjamin@gct.law
E-Mail: calederer@gct.law
E-Mail: baberneman@gct.law
E-Mail: ajdagostino@gct.law

Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

1

Stephen R. Harris, Esq., Harris Law Practice LLC, 6151 Lakeside Drive, Suite 2100, Reno, NV 89511, 775-786-7600
Barbara L. Yong, Esq., Robert R. Benjamin, Esq., Caren A. Lederer, Esq., Beverly A. Berneman, Esq., Anthony J. D'Agostino, Esq., Golan Christie Taglia LLP, 70 W. Madison Street, Suite 1500, Chicago, IL 60602, 312-263-2300

| | |
|---|---|
| IN RE:<br><br>SIERRA CHEMICAL CO.,<br><br><br><br>Debtor. | Case No. 17-51019-btb<br>(Chapter 11)<br><br>**EX-PARTE ORDER SHORTENING TIME**<br><br>Hearing Date: September 6, 2017<br>Hearing Time: 2:00 p.m.<br>Est. Time:<br>Set by: |

    Upon the OMNIBUS MOTION FOR ORDER SHORTENING TIME FOR HEARING ON FIRST DAY MOTIONS (Docket No. 9) filed by SIERRA CHEMICAL CO., a Nevada domestic corporation (collectively the "Debtor"), by and through their proposed attorneys STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC and BARBARA L. YONG, ESQ., ROBERT R. BENJAMIN, ESQ., CAREN A. LEDERER, ESQ., BEVERLY A. BERNEMAN, ESQ., and ANTHONY J. D'AGOSTINO, ESQ., of GOLAN CHRISTIE TAGLIA, on August 30, 2017, and the Court having considered the presentation with respect thereto, and for good cause shown;

    **IT IS HEREBY ORDERED** that the time for notice of a hearing with respect to the EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY WAGES, SALARIES, BENEFITS, REIMBURSABLE BUSINESS EXPENSES, CRITICAL VENDORS AND OTHER OBLIGATIONS AND FOR AN ORDER AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS (Docket No. 8) and EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNTS AND FOR APPROVAL OF INTERCOMPANY CASH MANAGEMENT SYSTEM (Docket No. 6) (collectively referred to as the "Motions") filed in each of these cases, is hereby shortened so that a hearing thereon shall occur before this Court on __September 6__, 2017, at __2:00 p__.m.

1    **IT IS FURTHER ORDERED** that any opposition to the Motions shall be filed and
2    served by __September 5__, 2017 at __noon__ ~~_.m.~~ and any replies ~~to such oppositions shall~~ shall be considered at the hearing.
3    ~~be filed and served by _____, 2017 at _____ ___.m.~~

4    **IT IS FINALLY ORDERED** that the Debtor shall provide notice of the Motions via
5    email or facsimile to their secured creditors, the United States Trustee, the Internal Revenue
6    Service, the financial institutions affected by the Motions, and as many of the twenty highest
7    unsecured creditors as possible.  For all remaining unsecured creditors or those twenty highest
8    unsecured creditors for which the Debtor cannot obtain email or fax numbers, Debtor shall
9    provide notice via regular first class U.S. Mail.

Submitted by:

*/s/ Barbara L. Yong*
By: _____
    STEPHEN R. HARRIS, ESQ.
    BARBARA L. YONG, ESQ.
    Proposed Attorneys for Debtors

###