|   |   |
|---|---|
| 1 | STEPHEN R. HARRIS, ESQ. |
| 2 | Nevada Bar No. 001463<br>HARRIS LAW PRACTICE LLC |
| 3 | 6151 Lakeside Drive, Suite 2100<br>Reno, NV 89511 |
| 4 | Telephone: (775) 786-7600 |
| 5 | E-Mail: steve@harrislawreno.com |
| 6 | BARBARA L. YONG, ESQ. |
| 7 | Illinois Bar No. 6184000<br>ROBERT R. BENJAMIN, ESQ. |
| 8 | Illinois Bar No. 0170429<br>CAREN A. LEDERER, ESQ. |
| 9 | Illinois Bar No. 6244631 |
| 10 | BEVERLY A. BERNEMAN, ESQ.<br>Illinois Bar No. 6189418 |
| 11 | ANTHONY J. D'AGOSTINO, ESQ.<br>Illinois Bar No. 6244631 |
| 12 | GOLAN CHRISTIE TAGLIA LLP |
| 13 | 70 West Madison Street, Suite 1500<br>Chicago, IL 60602 |
| 14 | Telephone: (312) 263-2300 |
| 15 | E-Mail: blyong@gct.law<br>E-Mail: rrbenjamin@gct.law |
| 16 | E-Mail: calederer@gct.law<br>E-Mail: baberneman@gct.law |
| 17 | E-Mail: ajdagostino@gct.law |
| 18 | Proposed Attorneys for Debtor |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| IN RE:<br><br>SIERRA CHEMICAL CO., a Nevada<br>domestic corporation,<br><br><br>                                    Debtor.<br>_____/ | Case No. 17-51019-btb<br><br>(Chapter 11)<br><br>**OMNIBUS NOTICE OF HEARING**<br><br>Hearing Date:  September 6, 2017<br>Hearing Time:  2:00 p.m.<br>Est. Time:          30-45 minutes<br>Set by:               Judge Beesley per OST |

1

1  NOTICE IS HEREBY GIVEN that on August 30, 2017, SIERRA CHEMICAL CO., a Nevada domestic corporation ("Debtor"), by and through its proposed attorneys STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC and BARBARA L. YONG, ESQ., ROBERT R. BENJAMIN, ESQ., CAREN A. LEDERER, ESQ., BEVERLY A. BERNEMAN, ESQ., and ANTHONY J. D'AGOSTINO, ESQ., of GOLAN CHRISTIE TAGLIA STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, filed the following Motions:

- EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY WAGES, SALARIES, BENEFITS, REIMBURSABLE BUSINESS EXPENSES, CRITICAL VENDORS AND OTHER OBLIGATIONS AND FOR AN ORDER AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS (Docket No. 8) ("Pay Wages and Critical Vendor Motion"); and

- EMERGENCY MOTION FOR ORDER AUTHORIZING MAINTENANCE OF PREPETITION BANK ACCOUNTS AND FOR APPROVAL OF INTERCOMPANY CASH MANAGEMENT SYSTEM (Docket No. 6) ("Bank Account Motion") (the "Pay Wages and Critical Vendor Motion" and "Bank Account Motion" collectively referred to as the "Motions").

The Pay Wages and Critical Vendor Motion seeks an Order authorizing the Debtor to pay wages, salaries, garnishments, benefits, reimbursable business expenses, and other employee obligations, including workers' insurance matters, and its Critical Vendors, as well as authorizing and directing financial institutions to honor and process checks and transfers related to such obligations. Continued payment of Wage Obligations, Employee Benefit Contributions, and Reimbursable Business Expenses, and maintaining its worker's compensation insurance, and Critical Vendor relationships are essential for the Debtor to preserve the morale and to maintain positive relations between the Debtor and its Employees, as well as allow it to continue operating.

The Bank Account Motion seeks an Order authorizing the Debtors to continue to utilize their existing bank accounts (collectively, the "Bank Accounts") post-petition, and to authorize the continued use of the Debtor's cash management system, including intercompany funds

2

1   transfers. Uninterrupted use of the Bank Accounts is essential for the Debtor's continued status
2   of staying in business as a going concern.

3   Any Opposition to the Motions must be filed and served by September 5, 2017 at 12:00
4   noon, and any replies to such opposition(s) will be considered at the time of the hearing.

5   If an objection or opposition is not timely filed and served, the relief requested may be
6   granted without a hearing.

> If you object to the relief requested, you *must* file a **WRITTEN** response, objection or opposition to this pleading with the court. You must also serve your written response, objection or opposition on the person who sent you this notice.
>
> If you do not file a written response, objection or opposition with the court, or if you do not serve your written response, objection or opposition on the person who sent you this notice, then:
> - The court may *refuse to allow* you to speak at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Written requests for copies of the subject Motions shall be mailed, faxed or emailed to the Debtor in care of its local counsel, HARRIS LAW PRACTICE LLC, 6151 Lakeside Drive, Suite 2100, Reno, NV 89511, Fax 775-786-7764, steve@harrislawreno.com.

NOTICE IS FURTHER GIVEN that the hearing on said Motions will be held on Court ordered shortened time before a United States Bankruptcy Judge in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, Fifth Floor Courtroom, Reno, Nevada 89511, on **September 6, 2017, at 2:00 p.m.**

Dated this 1st day of September, 2017

/s/ Stephen R. Harris
_____
STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511

BARBARA L. YONG, ESQ.
ROBERT R. BENJAMIN, ESQ.

3

Stephen R. Harris, Esq., Harris Law Practice LLC, 6151 Lakeside Drive, Suite 2100, Reno, NV 89511, 775-786-7600
Barbara L. Yong, Esq., Robert R. Benjamin, Esq., Caren A. Lederer, Esq., Beverly A. Berneman, Esq., Anthony J. D'Agostino, Esq., Golan Christie Taglia LLP, 70 W. Madison Street, Suite 1500, Chicago, IL 60602, 312-263-2300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CAREN A. LEDERER, ESQ.
BEVERLY A. BERNEMAN, ESQ.
ANTHONY J. D'AGOSTINO, ESQ.
GOLAN CHRISTIE TAGLIA LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602

Proposed Attorneys for Debtor