| | |
|---|---|
| BARBARA L. YONG, ESQ. **(**Illinois Bar No. 6184000) | STEPHEN R. HARRIS, ESQ. (Nevada Bar No. 001463) |
| ROBERT R. BENJAMIN, ESQ. (Illinois Bar No. 0170429) | HARRIS LAW PRACTICE LLC 6151 Lakeside Drive, Suite 2100 |
| CAREN A. LEDERER, ESQ. (Illinois Bar No. 6244631) | Reno, NV 89511 Telephone:  (775) 786-7600 |
| BEVERLY A. BERNEMAN, ESQ. (Illinois Bar No. 6189418) | E-Mail: steve@harrislawreno.com |
| ANTHONY J. D'AGOSTINO, ESQ. (Illinois Bar No. 6299589) | |
| GOLAN CHRISTIE TAGLIA LLP 70 West Madison Street, Suite 1500 Chicago, IL 60602 Telephone: (312) 263-2300 E-Mail: blyong@gct.law; rrbenjamin@gct.law; calederer@gct.law; baberneman@gct.law; ajdagostino@gct.law | |
| Proposed Attorneys for Debtor | Proposed Local Attorney for Debtor |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE: | Case No. 17-51019-btb |
| SIERRA CHEMICAL CO., a Nevada domestic corporation, | (Chapter 11) |
| | **NOTICE TO CREDITORS** |
| | HRG DATE:  NEGATIVE NOTICE 21 DAYS |
| Debtor. | HRG TIME:  N/A |

NOTICE IS HEREBY GIVEN that an EX PARTE MOTION FOR COURT APPROVAL OF STIPULATION RE ADEQUATE PROTECTION AND USE OF BANK OF AMERICA'S CASH COLLATERAL (11 U.S.C. § 363 (c)(2)) was filed herein on September 1, 2017, by and through its proposed attorneys BARBARA L. YONG, ESQ., ROBERT R. BENJAMIN, ESQ., CAREN A. LEDERER, ESQ., BEVERLY A. BERNEMAN, ESQ., and

1

ANTHONY J. D'AGOSTINO, ESQ., of GOLAN CHRISTIE TAGLIA LLP and STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC attorneys for Debtor and Debtor-In-Possession, SIERRA CHEMICAL CO. ("Debtor"), requesting an Order from this Court approving the Stipulation between Debtor and Secured Creditor BANK OF AMERICA, N.A.

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

> Pursuant to LR 9014.1, the Court will consider this motion, objection or other matter without further notice of hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located at the United States Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509, and serve a copy on the movant's attorney and any other appropriate persons.
>
> It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.

This Notice shall be served by first class mail on all creditors on or before September 5, 2017 and by email and overnight mail on all parties in interest on or before September 5, 2017.

Written request for copies of the subject STIPULATION shall be mailed or faxed to the Debtor in care of its attorney, BARBARA L. YONG, ESQ., of GOLAN CHRISTIE TAGLIA LLP, 70 West Madison Street, Suite 1500, Chicago, Illinois 60602, or fax 312-263-0939.

Dated: September 1, 2017.

/s/ Barbara L. Yong
_____
Attorneys for Debtor

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC.
BARBARA L. YONG, ESQ.
GOLAN CHRISTIE TAGLIA LLP