

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
September 21, 2017

BARBARA L. YONG, ESQ.
Illinois Bar No. 6184000
ROBERT R. BENJAMIN, ESQ.
Illinois Bar No. 0170429
CAREN A. LEDERER, ESQ.
Illinois Bar No. 6244631
BEVERLY A. BERNEMAN, ESQ.
Illinois Bar No. 6189418
ANTHONY J. D'AGOSTINO, ESQ.
Illinois Bar No. 6299589
GOLAN CHRISTIE TAGLIA LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
Telephone: (312) 263-2300
E-Mail: blyong@gct.law,
rrbenjamin@gct.law, calederer@gct.law,
baberneman@gct.law, ajdagostino@gct.law

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com

Attorneys for Debtor

Local Bankruptcy Counsel for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

**SIERRA CHEMICAL CO.**

Debtor.

Case No. 17-51019-btb

(Chapter 11)

**ORDER AUTHORIZING DEBTOR TO OBTAIN ADDITIONAL POST-PETITION CREDIT**

Hearing Date: September 13, 2017
Hearing Time: 10:00 a.m.

{00271792.DOCX /}1

1  The EMERGENCY MOTION FOR AUTHORITY TO OBTAIN POST-PETITION
2  CREDIT UNDER SECTION 364(b), RULE 4001(c) OR (d), AND ALLOWING SAME AS
3  AN ADDITIONAL ADMINISTRATIVE EXPENSE (Docket No. 67) ("Motion"), filed by
4  SIERRA CHEMICAL CO. ("Debtor"), by and through its attorneys BARBARA L. YONG,
5  ESQ. of Golan Christie Taglia LLP and STEPHEN R. HARRIS, ESQ. of Harris Law Practice
6  LLC, came before the Court on September 13, 2017 at 10:00 a.m., with Barbara L. Yong, Esq.
7  of Golan Christie Taglia LLP and Stephen R. Harris, Esq. of Harris Law Practice LLP,
8  appearing for the Debtor, and representatives of the Debtor also present; with Louis M. Bubala,
9  Esq. of Kaempfer Crowell appearing on behalf of the Landlord Entities, with Timothy Lukas,
10 Esq. of Holland & Hart LLP appearing on behalf of Bank of America and Gregory Gartland,
11 Esq. of Winston & Strawn LLP appearing telephonically also on behalf of Bank of America,
12 with William Cossitt, Esq. appearing on behalf of the United States Trustee, and the Court
13 noting the appearances by telephone of Caren A. Lederer, Esq. and Anthony J. D'Agostino of
14 Golan Christie Taglia LLP on behalf of the Debtor; with the Court having considered all the
15 papers and pleadings on file herein, and the oral arguments of counsel for and against the relief
16 requested; with the Court incorporating its oral findings and conclusions of law pursuant to Fed.
17 R. Bankr. P. 7052; and with good cause appearing:

18  **IT IS HEREBY ORDERED** that the Motion is GRANTED and that Debtor is
19 authorized to execute and perform under the proposed Carus Line of Credit Note dated
20 September 13, 2017, reflecting a line of credit in the amount of $1,200,000.00, and that Carus
21 Corporation shall be allowed an administrative expense pursuant to Section 503(b)(1) for all
22 amounts advanced to Debtor under the line of credit, such amounts not to exceed $1,200,000.00.
23 Submitted by:

24

Barbara L. Yong, Esq.
25 GOLAN CHRISTIE TAGLIA LLP
Stephen R. Harris, Esq.
26 HARRIS LAW PRACTICE LLC

27

28 /s/ Stephen R. Harris
Attorneys for Debtor

{00271792.DOCX /}2

Barbara L. Yong, Esq., Robert R. Benjamin, Esq., Caren A. Lederer, Esq., Beverly A. Berneman, Esq., Anthony J. D'Agostino, Esq., Golan Christie Taglia LLP, 70 W. Madison Street, Suite 1500, Chicago, IL 60602, 312-263-2300

Stephen R. Harris, Esq., Harris Law Practice LLC, 6151 Lakeside Drive, Suite 2100, Reno, NV 89511, 775-786-7600

| | |
|---|---|
| Approved this 20th day of September, 2017. | Approved this 20th day of September, 2017. |
| Timothy A. Lukas, Esq.<br>Bank of America, N.A. | William B. Cossitt, Esq.<br>Office of the U.S. Trustee |
| /s/ Timothy Lukas<br>Attorneys for Bank of America, N.A. | /s/ William Cossitt<br>United States Trustee |

Approved this 20th day of September, 2017.

Mark Simons, Esq. and Scott Hernandez, Esq.
Robison Simons Sharp & Brust
Louis M. Bubala, Esq.
Kaempfer Crowell

/s/ Louis Bubala
Attorneys for 2302 Larkin Circle, LLC, Nevada Ventures, LLC, and SKK Properties, LLC

## CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_     The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_     No party appeared at the hearing or filed an objection to the motion.

\_x\_\_     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| | |
|---|---|
| William B. Cossitt, Esq.<br>Office of the U S Trustee | Approved |
| Timothy A. Lukas, Esq.<br>Attorneys for Bank of America, N.A. | Approved |
| Louis Bubala, Esq.<br>Attorneys for 2302 Larkin Circle, LLC, Nevada Ventures, LLC, and SKK Properties, LLC | Approved |

\_\_\_\_\_     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 20th day of September, 2017.

Barbara L. Yong, Esq.
GOLAN CHRISTIE TAGLIA LLP
Stephen R. Harris, Esq.
HARRIS LAW PRACTICE LLC

*/s/ Barbara L. Yong*
_____
Attorneys for Debtor

###

{00271792.DOCX /}4